*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

---

**DERRICK ARMOUR,**

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

**SOUTHEAST COMMERCIAL CLEANING, LLC,**

       Defendant.

CASE NO: **14-2451-TMP**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal with Prejudice entered on September 28, 2015, this cause is hereby dismissed with prejudice as to Southeast Commercial Cleaning, LLC.


**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| September 28, 2015 | THOMAS M. GOULD |
| DATE | Clerk of Court |
| | s/Sandra McClain |
| | (By) Deputy Clerk |